IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Meridian Mutual Insurance Company
n/k/a State Auto Insurance Company

04-cv-1639
District Court Docket Number

vs.

Continental Business Center

Notice of Appeal Filed <u>5/10/05</u>
Court Reporter(s)/ESR Operator(s)

Filing Fee:
    Notice of Appeal <u>_X_</u> Paid __ Not Paid    __ Seaman
    Docket Fee     <u>_X_</u> Paid __ Not Paid    __ USA/VI

CJA Appointment (Attach Copy of Order)

__ Private Attorney
__ Defender Association or Federal Public Defender
__ Motion Pending

Leave to Proceed <u>In Forma Pauperis</u> status, if applicable: (Attach copy of the Order)

__ Motion Granted
__ Motion Denied
__ Motion pending before district judge

Certificate of probable cause (state habeas corpus): (Attach copy of the Order)

__ Granted
__ Denied
__ Pending

Defendant's Address (for criminal appeals)

Prepared by :_____
                          Frank Del Campo
                Deputy Clerk Signature/Date

PLEASE APPEND TO THE NOTICE OF APPEAL AND FORWARD TO
THE OFFICE OF THE CLERK, U.S. COURT OF APPEALS

notapp.frm